UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:02cr5LAC

ALBERT B. PERRIN, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  January 4, 2007
Motion/Pleadings:  MOTION FOR CLARIFICATION
Filed by DEFENDANT PRO SE    on  1/4/2007    Doc.# 183
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                          *s/Mary Maloy*
                                     Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of January, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) No Rule 35 motion has been filed by the government.  The law is well settled that the government has the discretion and the power, but not a duty, to file such a motion when a defendant has substantially assisted.  United States v. Wade, 504 U.S. 181, 185 (1992).*

                                     s/*L.A. Collier*
                                     **LACEY A. COLLIER**
                                     *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.