UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                  CASE NO.  3:02cr5 LAC

ALBERT B. PERRIN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on      JULY 10, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE      on 7/10/08      Doc.# 206

RESPONSES:
BY GOVERNMENT                    on 7/14/08      Doc.# 207
                                 on              Doc.#
____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant faced a mandatory minimum of life in prison which was reduced to 180 months with a 5K1.1.  Defendant's sentence still today would require a mandatory life sentence except for the 5K1.1.  180 months remains the appropriate sentence based upon the facts and circumstances of the case.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.